IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-1146-WDM-KMT

PAYMASTER ASSOCIATES, LLC,
COLORADO ASSOCIATES, AND
CHRISTIAN F. MURER,

    Plaintiffs,

v.

LOMIKO METALS, INC. AND
A. PAUL GILL,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion for hearing is granted. Hearing on the plaintiffs' motion for temporary restraining order, preliminary injunction and permanent injunction (2 hours) will be held **June 24, 2010, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: June 17, 2010

                                             s/ Jane Trexler, Judicial Assistant