IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-1146-WDM-KMT

PAYMASTER ASSOCIATES, LLC, a Colorado limited liability company,
COLORADO ASSOCIATES, a joint venture, and
CHRISTIAN F. MURER

    Plaintiffs,

v.

LOMIKO METALS, INC., a Canadian corporation
and A. PAUL GILL

    Defendants.

## ORDER

Miller, J.

This matter is before me on Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction (Docket No. 5) and Plaintiffs' Request for Injunction Hearing (Docket No. 12).

Hearing on Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction is set for June 24, 2010 at 2:00 PM.

The parties shall be prepared to address the issues of:

(1)    whether there is complete diversity among the named parties and

(2)    whether Lomiko Metals USA, LLC is an indispensable party pursuant to Fed. R. Civ. P. 12(b)(7) and Fed. R. Civ. P. 19(a)(1)

DATED at Denver, Colorado on June 23, 2010

BY THE COURT:

             /s/ Walker D. Miller
             Walker D. Miller
             United States Senior District Judge