IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-1146-WDM-KMT

PAYMASTER ASSOCIATES, LLC,
COLORADO ASSOCIATES, AND
CHRISTIAN F. MURER,

    Plaintiffs,

v.

LOMIKO METALS, INC. AND
A. PAUL GILL,

    Defendants.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    1. For the reasons stated on the record, plaintiffs' motion for temporary restraining order, preliminary injunction and permanent injunction (Doc. No. 5) is denied and plaintiffs' third claim for relief is dismissed without prejudice.

    2. Plaintiffs may file an amended complaint by July 16, 2010, and the responsive pleading deadline for defendants is extended to July 30, 2010.

Dated: July 7, 2010

                                                               s/ Walker D. Miller