IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-01146-WDM-KMT

PAYMASTER ASSOCIATES, LLC,
COLORADO ASSOCIATES, AND
CHRISTIAN F. MURER,

    Plaintiffs,

v.

LOMIKO METALS, INC. AND
A. PAUL GILL,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Upon notification that this case has settled, the pending motions (ECF Nos. 45 & 46) are deemed moot.


Dated: August 17, 2010

                                                s/Jane Trexler, Judicial Assistant