IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.    10-cv-01146-WDM-KMT

PAYMASTER ASSOCIATES, LLC,
COLORADO ASSOCIATES, AND
CHRISTIAN F. MURER,

    Plaintiffs,

v.

LOMIKO METALS, INC AND
A. PAUL GILL,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    This matter is before me on the Joint Motion to Approve Stipulation and Dismiss Action (ECF No. 55). Being sufficiently advised in the premises, the motion is granted in part and this case is dismissed with prejudice with each party to bear its own costs and fees.

    DATED at Denver, Colorado on August 25, 2010

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge